UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK GADSON,<br><br>                         Petitioner,<br><br>      -against-<br><br>HOUSTON HOUSE,<br><br>                         Respondent. | 23 Civ. 8518 (LGS)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

LORNA G. SCHOFIELD, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS as follows:

The Clerk of Court shall add the Bureau of Prisons as a Respondent.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By **October 20, 2023**, the U.S. Attorney's Office shall answer or move in response to the petition or inform the Court that no response is necessary. Petitioner may file an opposition to any motion by **November 3, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order and the order of reference to Judge Gorenstein to the pro se Petitioner.

SO ORDERED.

Dated: October 11, 2023
          New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE